UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA J. NEWTON,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

Case No. 15-10331

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

**ORDER ADOPTING REPORT AND RECOMMENDATION [25]; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [18]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [21]**

Plaintiff seeks judicial review of an Administrative Law Judge's denial of her application for Social Security disability benefits. On March 7, 2016, the Magistrate Judge issued a Report and Recommendation [Dkt. #25] on the parties' motions for summary judgment [18, 21]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [25] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

1

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [18] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [21] is **GRANTED**.

**SO ORDERED**.

Dated: March 28, 2016

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge